UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HARRY CORNETT, JR.,

    Plaintiff,

v.                                Case No: 8:15-cv-594-T-36TBM

TAMPA HOUSING AUTHORITY,

    Defendant.
_____/

**O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas B. McCoun III on March 20, 2015 (Doc. 4).  In the Report and Recommendation, Magistrate Judge McCoun recommends that the Court dismiss the Complaint (Doc. 1) and deny, without prejudice, Plaintiff's construed motion to proceed *in forma pauperis* (Doc. 2).  All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  No such objections were filed.  Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.  Accordingly, it is now

    **ORDERED AND ADJUDGED**:

    (1)    The Report and Recommendation of the Magistrate Judge (Doc. 4) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

    (2)    Plaintiff's Complaint (Doc. 1) is **dismissed, without prejudice**.  Plaintiff is granted leave to file an amended complaint, within **twenty (20) days** from the date of this Order, which clearly sets forth a cause of action and complies with the pleading

requirements of the Federal Rules of Civil Procedure.  **Failure to file an amended complaint within this time frame will result in dismissal of this action without further notice from the Court.**

(3)     Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED without prejudice.**

**DONE AND ORDERED** at Tampa, Florida on April 7, 2015.

*[signature]*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas B. McCoun III
Counsel of Record